UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT READNOWER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

    Defendant.

Case No. 1:12-cv-357

Barrett, J.
Bowman, M.J.

## REPORT AND RECOMMENDATION

The Court previously entered a Show Cause Order in this matter, and advised Plaintiff that his complaint would be dismissed if he failed to timely comply with the Order. (*See* Doc. 8). *See also Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Walker v. Dallman*, No. 92-3817, 1993 U.S. App. LEXIS 4661, at *3-4 (6th Cir. Mar. 4, 1993).  Plaintiff's Statement of Errors should have been filed on or before September 17, 2012.  Plaintiff has yet to file his Statement of Errors.  Additionally, the deadline set forth in the Show Cause Order has passed without a responsive filing.

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's complaint (Doc. 3) be **DISMISSED** for lack of prosecution and this case **CLOSED**.

                                                *s/Stephanie K. Bowman*
                                                Stephanie K. Bowman
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT READNOWER,

       Plaintiff,                                      Case No. 1:12-cv-357

vs.

                                                       Barrett, J.
                                                       Bowman, M.J.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

       Defendant.

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **14 DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **14 DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).